UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PUTNAM GREEN POWER LLC and | : | Case No. 3:17-cv-02004-SRU |
| HISTORIC CARGILL FALLS MILL LLC | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| RENEWABLE POWER CONSULTING PA | : | |
| and ALFRED NASH, | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| NEW ENGLAND INFRASTRUCTURE, INC. | : | MAY 29, 2019 |
| et al., | : | |
| Apportionment Defendants/Defendants. | : | |

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER**

The plaintiffs, Putnam Green Power, LLC and Historic Cargill Falls Mill, LLC ("Plaintiffs"), and defendants Renewable Power Consulting PA and Alfred Nash ("Defendants") (together, the "Moving Parties"), with the consent of all other parties except apportionment defendant Ware River Power, whose counsel is indicated to be on trial and has not responded, jointly move for a modification of case deadlines as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Complete Fact discovery | 3/15/19 | 11/15/19 |
| Complete Expert discovery | 9/30/19 | 2/15/20 |
| File Dispositive motions | 9/30/19 | 3/15/20 |

Moving Parties respectfully submit that the following factors provide a good cause basis for the requested modifications:

1.   The Moving Parties have made substantial progress toward preparing for the scheduled June 11, 2019 mediation with Judge Garfinkel. However, for the reasons discussed below, more time is needed to prepare for what the Moving

Parties hope will be a productive proceeding and use of the parties' and judicial resources.

2. This case is a complex construction litigation concerning a hydroelectric power component of a mixed-use residential and commercial project located in Putnam, Connecticut (the "Project'). There are approximately fifteen (15) parties in the case that have had differing roles, and varying degrees of involvement, with the Project.

3. Moving Parties have engaged in substantial written discovery and document production to date that has included the following: (1) Plaintiffs production of more than 50,000 pages of documents; (2) Defendants production of more than 6,000 pages of documents; and (3) apportionment defendants' collective production of more than 10,000 pages of documents in response to written discovery requests propounded upon them by Defendants. Additional time is needed to review/analyze certain of this documents, including the most recently produced documents.

4. Defendants have commenced the deposition of Plaintiffs' Rule 30(b)(6) designee, Leanne Parker, but require additional deposition testimony from this witness, including with regard to a lengthy damages analysis more than 200 pages of designated damages documentation, in order to be able to prepare for the settlement proceeding.

5. Based upon the deposition testimony taken to date, Plaintiff Putnam Green Power is in the process of closing on additional financing and will be amending its

        damages disclosures as a result.  Plaintiffs expect to finally close on that financing within the next month.

6.     The pleadings are not closed.  Defendants' Motion to Dismiss directed to the Second Amended Complaint remains pending, and a trial date has not been established.  Moving Parties are amenable to adjourning the scheduled hearing on their Motion to Dismiss until after the mediation with Judge Garfinkel, assuming the settlement proceeding/mediation is continued.

Moving Parties are mindful of the duration of the case thus far, but believe that, for the reasons discussed above, a meaningful settlement proceeding/mediation process holds the best potential for a "just, speedy and inexpensive determination" under the circumstances.  See Fed. R. Civ. P. 1.  Moving Parties expect to be in a position to mediate by the end of July/early August.  Moving Parties intend to separately file for a continuance of the scheduled June 11, 2019 settlement proceeding/mediation.

If the case does not resolve through the settlement proceeding, the Moving Parties anticipate that they will need conduct 5 to 10 additional depositions, as well as expert discovery concerning standard of care, causation and damages to prepare for any potential dispositive motions and/or trial.

This is the first request for extensions of these deadlines.  Plaintiffs and Defendants file this motion jointly.  With the exception of Ware River Power (whose counsel is indicated to be on trial and has not responded to a request for a position on the extensions of time sought), all other parties have consented to the requested extensions of time.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By:    /s/ Jeffrey P. Nichols      | By:     /s/ Kevin M. Godbout      |
| David A. Slossberg (ct13116) | Deborah Monteith Neubert (ct06616) |
| Jeffrey P. Nichols (ct29547) | Kevin M. Godbout (ct15232) |
| Hurwitz, Sagarin, Slossberg | Alison H. Weinstein (ct30485) |
| & Knuff, LLC | Neubert, Pepe & Monteith, P.C. |
| 147 North Broad Street | 195 Church Street, 13th Floor |
| Milford, CT  06460 | New Haven, CT 06510 |
| Telephone: (203) 877-8000 | Telephone: (203) 821-2000 |
| Fax: (203) 878-9800 | Fax: (203) 821-2009 |
| DSlossberg@hssklaw.com | kgodbout@npmlaw.com |
| JNichols@hssklaw.com | aweinstein@npmlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                    __/s/ Kevin M. Godbout_____
                                                    Kevin M. Godbout